[No. 47094-9-I. Division One. September 10, 2001.]

CHARLES K. WALFORD, *Appellant*, v. MIKRON INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-03085-1, Jay V. White, J., entered July 27, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 47391-3-I. Division One. September 10, 2001.]

MISTY ISLE FARMS, INC., *Appellant*, v. BRIAN DUBLIN, *Defendant*, JEREMY JACKSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-25650-6, J. Kathleen Learned, J., entered September 13, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Webster, JJ.

[No. 47542-8-I. Division One. September 10, 2001.]

*In the Matter of the Sentence of* MULTAZ FAKHER.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Reversed* by unpublished per curiam opinion.

[No. 47543-6-I. Division One. September 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDY K. BERG, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00111-0, Michael F. Moynihan, J., entered October 12, 2000. *Affirmed* by unpublished per curiam opinion.